UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DONALD A. BOYD,
        Plaintiff,

    v.                                  Case No. 03-C-453

JO ANNE B. BARNHART,
        Defendant.

## DECISION AND ORDER

The Seventh Circuit reversed this court's decision denying the claimant's Petition for Attorneys Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and remanded with instructions to grant the petition. Therefore, plaintiff's motion for attorney's fees is GRANTED, and the defendant is ordered to pay fees in the amount of $7,435.33, as set forth in that motion.

**SO ORDERED**.

Dated this   24th   day of May, 2006.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge